**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RESHARE COMMERCE, LLC, | ) <br> ) <br> ) Civ. No. 11-2616 (MJD/LIB) <br> ) <br> ) <br> ) <br> ) **ORDER TO AMEND PRETRIAL** <br> ) **SCHEDULE** <br> ) **TO ACCOMMODATE** <br> ) **CONSOLIDATED CLAIM** <br> ) **CONSTRUCTION** <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| The ANTIOCH COMPANY d/b/a CREATIVE MEMORIES and subsidiaries and affiliates, et al., | |
| Defendants. | |

Pursuant to the Court's Order of June 19, 2012 (Dkt. #80) and the Joint Motion to Amend the Pretrial Order to Accommodate the Consolidated Claim Construction (Dkt. #81), entered into by the parties,

**IT IS HEREBY ORDERED** that:

1. In the Pretrial Order of March 21, 2012 (Dkt. #68), Section (**f**) ("Discovery Relating to Claim Construction Hearing') is amended as follows:

a) In paragraph (3), the date specified for the parties to simultaneously exchange a list of claims terms, phrases, or clauses that each party contends shall be construed by the Court is amended to be **July 31, 2012**.

b) Also in paragraph (3), the date specified for the parties to meet and confer for the purposes specified in that paragraph is amended to be **August 14, 2012**.

      c)      In paragraph (4), the date specified for the parties to notify the Court as to whether they request that the Court schedule a Claim Construction hearing to determine claim interpretation is amended to be **August 16, 2012**.

      3.      In all other respects, including the substantive responsibilities of the parties, the Pretrial Order (Dkt. #68) is unchanged.

Dated: June 26, 2012

s/Leo I. Brisbois  
Leo I. Brisbois  
United States Magistrate Judge