IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RESHARE COMMERCE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The ANTIOCH COMPANY d/b/a<br>CREATIVE MEMORIES and<br>subsidiaries and affiliates, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 0:11-cv-02616-MJD-LIB<br><br>Judge Michael J. Davis<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF THE ANTIOCH COMPANY D/B/A CREATIVE MEMORIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Reshare Commerce, LLC and Defendant The Antioch Company d/b/a Creative Memories ("the parties") in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 14, 2013　　　　　　/s/ *Steven R. Daniels*
　　　　　　　　　　　　　　　　　Steven R. Daniels (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　W. Bryan Farney (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Mary C. Jacob (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Bryan D. Atkinson (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　Maxwell J. Goss (Admitted *Pro Hac Vice*)

1

FARNEY DANIELS PC
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626
Tel: 512-582-2828
Fax: 512-582-2829
Email: sdaniels@farneydaniels.com
Email: bfarney@farneydaniels.com
Email: mjacob@farneydaniels.com
Email: batkinson@farneydaniels.com
Email:  mgoss@farneydaniels.com

Alan M. Anderson (149500)
Aaron C. Nyquist (0392394)
Alan Anderson Law Firm LLC
Suite 1260 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN  55416
Tel: 612-756-7000
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
Email: anyquist@anderson-lawfirm.com

**ATTORNEYS FOR PLAINTIFF RESHARE COMMERCE, LCC**

*/s/ Peter R. Forrest*
John M. Weyrauch (#221,879)
Paul M. Kempf (#239,215)
Peter R. Forrest (#193,082)
DICKE, BILLIG & CZAJA, PLLC
Fifth Street Towers, Suite 2250
100 South Fifth Street
Minneapolis, MN 55402
Tel:  (612) 573-2000
Fax:  (612) 573-2005
Email:  Jmweyrauch@dbclaw.com
Email:  Pkempf@dbclaw.com
Email:  Pforrest@dbclaw.com

**ATTORNEYS FOR DEFENDANT THE ANTIOCH COMPANY D/B/A CREATIVE MEMORIES**

2